[No. 6141.]

EACHES v. DAVES ET AL.

Judgment controlled by opinion in the last preceding case.

*Appeal from Kit Carson District Court*—Hon. LEWIS W. CUNNINGHAM, Judge.

Mr. GEORGE W. TAYLOR, for appellant.

Mr. E. T. WELLS, for appellees.

Mr. JUSTICE MUSSER delivered the opinion of the court:

As the points raised by the appellant in this case are the same as in No. 6140, *Eaches v. William H. Johnston et al.*, and are answered in the same way, the judgment will be affirmed.        *Affirmed.*

CHIEF JUSTICE STEELE and Mr. JUSTICE CAMP-BELL concur.